135 F.3d 764
 Carlos M. Hernandez
v.
Patrick Tassos, as Executive Director of Pennsylvania Board
of Law Examiners, Robert N.C. Nix, Jr., Chief Justice of
Supreme Court of Pennsylvania, John P. Flaherty, Justice of
Supreme Court of Pennsylvania, Stephen A. Zappala, Justice
of Supreme Court of Pennsylvania, Ralph J. Cappy, Justice of
Supreme Court of Pennsylvania, Ronald Castille, Justice of
Supreme Court of Pennsylvania, Sandra Schultz Newman,
Justice of Supreme Court of
 NO. 96-3710
 United States Court of Appeals,
Third Circuit.
 Dec 31, 1997
 Appeal From: W.D.Pa. ,No.9501239
 
 1
 Affirmed.